UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGGUAN JINFENG TRADING CO. LTD.,

Plaintiff,

-v-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

26 Civ. 9226 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Plaintiff moved for leave to file certain case-initiating materials under seal. *Dongguan Jinfeng Trading Co., Ltd. v. Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A*, 26-mc-504, Dkt. 3. Specifically, Plaintiff sought leave to file Schedule A to the Complaint, Exhibits B and C to the Complaint, Exhibit D to its anticipated application for a temporary restraining order, and Annex 1 to the proposed temporary restraining order under seal. *Id.* On October 20, 2026, Judge Edgardo Ramos entered an order granting the request. *Id.*, Dkt. 4. That Order provides that "Plaintiff may commence a publicly accessible civil action by publicly filing the Complaint and Exhibit A and filing Schedule A and Complaint Exhibits B and C under seal, with corresponding public placeholder cover pages." *Id.* ¶ 1. It further provides that "[t]his Order does not seal the civil action as a whole or authorize sealing of the Complaint, Exhibit A (the patent), the TRO motion, memorandum of law, supporting declarations, or operative text of the proposed TRO." *Id.* ¶ 3.

Plaintiff then initiated this action. Plaintiff publicly filed the Complaint and Exhibit A to the Complaint. Dkt. 2. Plaintiff also submitted a sealed document containing a copy of Judge Ramos's Order, as well as documents identified as the Complaint, Exhibit B, Exhibit C, Exhibit D, Schedule A, Plaintiff's *ex parte* motion for a temporary restraining order, the memorandum of law in support of that motion, and a proposed temporary restraining order. Dkt. 3. The motion for a temporary restraining order further indicates that there are accompanying declarations and a Rule 65(b) certification, but those have neither been submitted under seal nor publicly filed in this action.

Judge Ramos's Order did not authorize sealing of the TRO motion, memorandum of law, supporting declarations, or operative text of the proposed TRO. 26-mc-504, Dkt. 4 ¶¶ 1-3. Accordingly, Plaintiff shall file those documents publicly by November 2, 2026. The Court will not act on Plaintiff's application until these filings are made.

SO ORDERED.

Dated: October 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge