UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DONGGUAN JINFENG TRADING CO. LTD., Plaintiff, -v- THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, Defendants. | : | 26 Civ. 9226 (JPC) ORDER |

JOHN P. CRONAN, United States District Judge:

On November 10, 2026, at 1:00 p.m., counsel for Plaintiff shall appear before the undersigned for a hearing regarding the pending motion for emergency relief, Dkt. 5. The hearing will be held in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. At the hearing, Plaintiff should be prepared to address whether all thirty-five Defendants are properly joined. In particular, Plaintiff should be prepared to discuss adverse authority like *Bulgari, S.P.A. v. Partnerships & Unincorporated Associations Identified on Schedule A*, No. 26 Civ. 5324 (GHW), 2026 WL 1894370 (S.D.N.Y. July 1, 2026), and *CJB Global Imports, Inc. v. Individuals, Corporations, Limited Liability Companies, Partnerships, & Unincorporated Associations Identified on Schedule A to the Complaint*, No. 26 Civ. 6568 (NRB), 2026 WL 2517616 (S.D.N.Y. Aug. 26, 2026).

If Plaintiff wishes to raise any supplemental factual or legal material in support of joinder, Plaintiff may submit a supplemental letter-brief by Monday, November 9, at 12:00 p.m.

SO ORDERED.

Dated: November 5, 2026
New York, New York

JOHN P. CRONAN
United States District Judge